**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Danvers, MA **Category No.** II **Investigating Agency** FBI

**City** Danvers

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant ______

Magistrate Judge Case Number 26-mj-7282-JCB

Search Warrant Case Number 26-mj-7268-7269-7270-JCB

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ______ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name Gareth Francis Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ______

Address: ______

Birth date (Yr only): 1981 SSN (last 4#): 8692 Sex: M Race ______ Nationality: ______

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: John L. Potapchuk Bar Number if applicable: 699027

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested ☐ Regular Process ☑ In Custody

**Location Status:** Essex County HOC, Middleton, MA

**Arrest Date:** 5/11/2026

☐ Already in Federal Custody as of ______ in ______.

☑ Already in State Custody at Essex County HOC, Middleton MA ☐ Serving Sentence ☑ Awaiting Trial

☐ On Pretrial Release: Ordered by: Salem Dist. Ct. (2636CR001100) on 5/19/2026

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony Two

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 6/16/2026 Signature of AUSA: */s/ John L. Potapchuk*

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Gareth Francis

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951 | Hobbs Act robbery | One |
| Set 2 | 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**